UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WILLIE WEAVER, | Case No. 24-cv-01855-JD |
|---|---|
| Petitioner, | |
| v. | **ORDER OF TRANSFER** |
| CHRISTIAN PFEIFFER, | Re: Dkt. Nos. 2, 4 |
| Respondent. | |

This is a habeas case brought pro se by a state prisoner. Petitioner challenges a conviction obtained in Sacramento County Superior Court. Sacramento County is in the venue of the United States District Court for the Eastern District of California. Petitioner is also incarcerated in the Eastern District.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). Because petitioner was convicted in the Eastern District of California and is incarcerated there, this case is transferred to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b). All pending motions are vacated.

**IT IS SO ORDERED.**

Dated: April 17, 2024

JAMES DONATO
United States District Judge